## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| MISTY L. DELANEY, | |
| Plaintiff, | Case No. 9:19-cv-00197 |
| v. | Honorable Judge Ron Clark |
| VALENTINE & KEBARTAS, LLC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Misty L. Delaney ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Valentine & Kebartas, LLC.

Dated: April 24, 2020

Respectfully Submitted,

**MISTY L. DELANEY**

s/ *Omar T. Sulaiman*
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8141
osulaiman@sulaimanlaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

     I, Omar T. Sulaiman, an attorney, certify that on April 24, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

<u>/s/ Omar T. Sulaiman</u>